IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| HONG FA, LLC ) | Civil Action No.: 18-cv-03076-WB |
| ) | |
| Defendant ) | |
| ) | |
| v. ) | |
| ) | |
| OREGON INVESTMENTS, LLC ) | |
| ) | |
| Third-Party Defendant ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff The Independence Project, Inc., Defendant HONG FA, LLC and Third-Party Defendant Oregon Investments, LLC stipulate that all of Plaintiff The Independence Project, Inc.'s claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania. Plaintiff The Independence Project, Inc., Defendant HONG FA, LLC and Third-Party Defendant Oregon Investments, LLC further stipulate that each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| **/s/John P. Fuller** | **/s/ James L. Pearl** |
| John P. Fuller, Esq., *pro hac vice* | James L. Pearl, Esquire |
| Fuller, Fuller & Associates, P.A. | Attorney I.D. No. 82374 |
| 12000 Biscayne Blvd., Suite 502 | 1500 JFK Boulevard, Suite 900 |
| North Miami, FL 33181 | Philadelphia, PA 19102 |
| (305) 891-5199 | (215) 586-4422 |
| and | *Attorney for Defendant HONG FA, LLC* |

| | |
|---|---|
| David S. Dessen, Esquire | **/s/Jon Taylor** |
| Attorney I.D. No. 17627 | Jon Taylor, Esquire |
| Dessen, Moses & Rossito | Attorney I.D. No. 202792 |
| 600 Easton Rd. | 1617 JFK Boulevard, Suite 1838 |
| Willow Grove, PA 19090 | Philadelphia, PA 19102 |
| (215) 658-1400 | (215) 687-4443 |
| *Attorneys for Plaintiff* | *Attorney for Third-Party Defendant* |
| *The Independence Project, Inc.* | *Oregon Investments, LLC* |