# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> HONG FA, LLC ) <br> ) <br> Defendant ) <br> ) <br> v. ) <br> ) <br> OREGON INVESTMENTS, LLC ) <br> ) <br> Third-Party Defendant ) <br> _____ ) | Civil Action No.: 18-cv-03076-WB |

## FINAL ORDER DISMISSING CASE

AND NOW, this ___15th___ day of ___February___, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**